**Exhibit A**

| | Trust | Short Title | Depositor | Sponsor |
|---|---|---|---|---|
| 1 | Bear Stearns Asset Backed Securities Trust 2006-4 | BSABS 2006-4 | Bear Stearns Asset Backed Securities I LLC | EMC Mortgage Corporation |
| 2 | ChaseFlex Trust Series 2007-M1 | CFLX 2007-M1 | Chase Mortgage Finance Corporation | Chase Home Finance LLC |
| 3 | Alternative Loan Trust 2005-24 | CWALT 2005-24 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 4 | Alternative Loan Trust 2005-27 | CWALT 2005-27 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 5 | Alternative Loan Trust 2005-38 | CWALT 2005-38 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 6 | Alternative Loan Trust 2005-41 | CWALT 2005-41 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 7 | Alternative Loan Trust 2005-44 | CWALT 2005-44 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 8 | Alternative Loan Trust 2005-51 | CWALT 2005-51 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 9 | Alternative Loan Trust 2005-56 | CWALT 2005-56 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 10 | Alternative Loan Trust 2005-59 | CWALT 2005-59 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 11 | Alternative Loan Trust 2005-69 | CWALT 2005-69 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 12 | Alternative Loan Trust 2005-82 | CWALT 2005-82 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 13 | Alternative Loan Trust 2005-AR1 | CWALT 2005-AR1 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 14 | Alternative Loan Trust 2005-IM1 | CWALT 2005-IM1 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 15 | Alternative Loan Trust 2006-32CB | CWALT 2006-32CB | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 16 | Alternative Loan Trust 2006-OA1 | CWALT 2006-OA1 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 17 | Alternative Loan Trust 2006-OA11 | CWALT 2006-OA11 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 18 | Alternative Loan Trust 2006-OA12 | CWALT 2006-OA12 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 19 | Alternative Loan Trust 2006-OA2 | CWALT 2006-OA2 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 20 | Alternative Loan Trust 2006-OA6 | CWALT 2006-OA6 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 21 | Alternative Loan Trust 2006-OA9 | CWALT 2006-OA9 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 22 | Alternative Loan Trust 2006-OC2 | CWALT 2006-OC2 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 23 | Alternative Loan Trust 2006-OC4 | CWALT 2006-OC4 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 24 | Alternative Loan Trust 2007-AL1 | CWALT 2007-AL1 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 25 | Alternative Loan Trust 2007-OA6 | CWALT 2007-OA6 | CWALT, Inc. | Countrywide Home Loans, Inc. |
| 26 | CWHEQ Revolving Home Equity Loan Trust, Series 2006-I | CWHEL 2006-I | CWHEQ, Inc. | Countrywide Home Loans, Inc. |

**Exhibit A**

| | Trust | Short Title | Depositor | Sponsor |
|---|---|---|---|---|
| 27 | CWHEQ Revolving Home Equity Loan Trust, Series 2006-RES | CWHEL 2006-RES | CWHEQ, Inc. | Countrywide Home Loans, Inc. |
| 28 | CWHEQ Revolving Home Equity Loan Trust, Series 2007-B | CWHEL 2007-B | CWHEQ, Inc. | Countrywide Home Loans, Inc. |
| 29 | CWHEQ Revolving Home Equity Loan Trust, Series 2007-E | CWHEL 2007-E | CWHEQ, Inc. | Countrywide Home Loans, Inc. |
| 30 | CHL Mortgage Pass-Through Trust 2004-29 | CWHL 2004-29 | CWMBS, Inc. | Countrywide Home Loans, Inc. |
| 31 | CHL Mortgage Pass-Through Trust 2005-HYB9 | CWHL 2005-HYB9 | CWMBS, Inc. | Countrywide Home Loans, Inc. |
| 32 | CWABS Asset-Backed Certificates Trust 2004-BC4 | CWL 2004-BC4 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 33 | CWABS Asset-Backed Certificates Trust 2005-10 | CWL 2005-10 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 34 | CWABS Asset-Backed Certificates Trust 2005-14 | CWL 2005-14 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 35 | CWABS Asset-Backed Certificates Trust 2005-8 | CWL 2005-8 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 36 | CWABS Asset-Backed Certificates Trust 2005-AB2 | CWL 2005-AB2 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 37 | CWABS Asset-Backed Certificates Trust 2005-AB3 | CWL 2005-AB3 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 38 | CWABS Asset-Backed Certificates Trust 2005-BC5 | CWL 2005-BC5 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 39 | CWABS Asset-Backed Certificates Trust 2005-IM2 | CWL 2005-IM2 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 40 | CWABS Asset-Backed Certificates Trust 2006-1 | CWL 2006-1 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 41 | CWABS Asset-Backed Certificates Trust 2006-10 | CWL 2006-10 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 42 | CWABS Asset-Backed Certificates Trust 2006-11 | CWL 2006-11 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 43 | CWABS Asset-Backed Certificates Trust 2006-12 | CWL 2006-12 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 44 | CWABS Asset-Backed Certificates Trust 2006-13 | CWL 2006-13 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 45 | CWABS Asset-Backed Certificates Trust 2006-14 | CWL 2006-14 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 46 | CWABS Asset-Backed Certificates Trust 2006-15 | CWL 2006-15 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 47 | CWABS Asset-Backed Certificates Trust 2006-16 | CWL 2006-16 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 48 | CWABS Asset-Backed Certificates Trust 2006-17 | CWL 2006-17 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 49 | CWABS Asset-Backed Certificates Trust 2006-18 | CWL 2006-18 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 50 | CWABS Asset-Backed Certificates Trust 2006-19 | CWL 2006-19 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 51 | CWABS Asset-Backed Certificates Trust 2006-22 | CWL 2006-22 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 52 | CWABS Asset-Backed Certificates Trust 2006-25 | CWL 2006-25 | CWABS, Inc. | Countrywide Home Loans, Inc. |

**Exhibit A**

| | Trust | Short Title | Depositor | Sponsor |
|---|---|---|---|---|
| 53 | CWABS Asset-Backed Certificates Trust 2006-26 | CWL 2006-26 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 54 | CWABS Asset-Backed Certificates Trust 2006-3 | CWL 2006-3 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 55 | CWABS Asset-Backed Certificates Trust 2006-5 | CWL 2006-5 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 56 | CWABS Asset-Backed Certificates Trust 2006-7 | CWL 2006-7 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 57 | CWABS Asset-Backed Certificates Trust 2006-ABC1 | CWL 2006-ABC1 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 58 | CWABS Asset-Backed Certificates Trust 2006-BC4 | CWL 2006-BC4 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 59 | CWABS Asset-Backed Certificates Trust 2006-S10 | CWL 2006-S10 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 60 | CWABS Asset-Backed Certificates Trust 2007-1 | CWL 2007-1 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 61 | CWABS Asset-Backed Certificates Trust 2007-2 | CWL 2007-2 | CWABS, Inc. | Countrywide Home Loans, Inc. |
| 62 | Centex Home Equity Loan Trust 2005-C | CXHE 2005-C | CHEC Funding, LLC | Centex Home Equity Company, LLC |
| 63 | First Horizon Alternative Mortgage Securities Trust  2006-AA1 | FHAMS 2006-AA1 | First Horizon Asset Securities Inc. | First Horizon Home Loan Corporation |
| 64 | Home Equity Loan Asset-Backed Certificates, Series 2007-FRE1 | HELT 2007-FRE1 | Nationstar Funding LLC | Nationstar Mortgage LLC |
| 65 | NovaStar Mortgage Funding Trust, Series 2005-3 | NHEL 2005-3 | NovaStar Certificates Financing Corporation | NovaStar Mortgage, Inc. |
| 66 | NovaStar Mortgage Funding Trust, Series 2006-3 | NHEL 2006-3 | NovaStar Certificates Financing Corporation | NovaStar Mortgage, Inc. |
| 67 | Nationstar Home Equity Loan Asset-Backed Certificates, Series 2006-B | NSTR 2006-B | Nationstar Funding LLC | Nationstar Mortgage LLC |
| 68 | Nationstar Home Equity Loan Asset-Backed Certificates, Series 2007-A | NSTR 2007-A | Nationstar Funding LLC | Nationstar Mortgage LLC |
| 69 | Popular ABS Mortgage Pass-Through Trust 2006-C | POPLR 2006-C | Popular ABS, Inc. | Equity One, Inc. |
| 70 | Structured Asset Mortgage Investments II Trust 2005-AR4 | SAMI 2005-AR4 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |
| 71 | Structured Asset Mortgage Investments II Trust 2005-AR6 | SAMI 2005-AR6 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |
| 72 | Structured Asset Mortgage Investments II Trust 2006-AR3 | SAMI 2006-AR3 | Structured Asset Mortgage Investments II Inc. | EMC Mortgage Corporation |