**Exhibit B**

| | Assignor, if Applicable | Deal Name | ISIN Code | Tranche | Purchase Amount | Sale Date, If Applicable |
|---|---|---|---|---|---|---|
| 1 | | BSABS 2006-4 | US07389LAB53 | A2 | $ 5,153,520.00 | 3-Nov-11 |
| 2 | | BSABS 2006-4 | US07389LAC37 | A3 | $ 2,148,720.00 | 21-Nov-11 |
| 3 | Palmer Square 3 | CFLX 2007-M1 | US16165YAD40 | 1A4 | $ 20,000,000.00 | |
| 4 | Palmer Square 3 | CFLX 2007-M1 | US16165YAS19 | 2AV3 | $ 20,000,000.00 | 3-Nov-11 |
| 5 | | CWALT 2005-24 | US12667GPD96 | 4A3 | $ 4,712,960.00 | 16-Nov-11 |
| 6 | | CWALT 2005-27 | US12667GM756 | 1A9 | $ 16,359,840.00 | 10-Nov-11 |
| 7 | | CWALT 2005-38 | US12667GZ634 | A6 | $ 14,175,840.00 | 4-Nov-11 |
| 8 | | CWALT 2005-41 | US12667G3K78 | 2A3 | $ 2,850,240.00 | 10-Nov-11 |
| 9 | | CWALT 2005-44 | US12667G3N18 | 1A2B | $ 6,064,800.00 | 4-Nov-11 |
| 10 | | CWALT 2005-44 | US12667G3R22 | 1A3C | $ 1,980,480.00 | 16-Nov-11 |
| 11 | | CWALT 2005-44 | US12667G3U50 | 2A2B | $ 2,521,200.00 | 10-Nov-11 |
| 12 | | CWALT 2005-44 | US12667G3X99 | 2A3C | $ 944,640.00 | 10-Feb-12 |
| 13 | | CWALT 2005-51 | US12668ACJ25 | 1A2B | $ 2,535,600.00 | 10-Nov-11 |
| 14 | | CWALT 2005-51 | US12668ACR41 | 2A2B | $ 3,607,440.00 | 21-Nov-11 |
| 15 | | CWALT 2005-51 | US12668AQJ78 | 4A2 | $ 21,002,160.00 | 4-Nov-11 |
| 16 | | CWALT 2005-56 | US12668ALX18 | 5A4 | $ 8,590,560.00 | 27-Jan-12 |
| 17 | | CWALT 2005-59 | US12668AEW18 | 1A2A | $ 6,000,000.00 | 21-Nov-11 |
| 18 | | CWALT 2005-59 | US12668ARJ69 | 1A3B | $ 8,308,985.00 | 27-Jan-12 |
| 19 | Eurohypo | CWALT 2005-59 | US12668AEZ49 | M | $ 10,000,000.00 | |
| 20 | Eurohypo | CWALT 2005-69 | US12668AN680 | M1 | $ 8,327,000.00 | 10-Nov-11 |
| 21 | | CWALT 2005-82 | US12668A5X98 | A1 | $ 984,000.00 | 27-Jan-12 |
| 22 | | CWALT 2005-82 | US12668A5Y71 | A2 | $ 6,956,160.00 | 10-Nov-11 |
| 23 | | CWALT 2005-AR1 | US12668A4S13 | 2A3A | $ 23,981,000.00 | 7-Jul-11 |

**Exhibit B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | | CWALT 2005-IM1 | US12668A4C60 | A2 | $ 3,600,000.00 | 16-Nov-11 |
| 25 | Barrington 2 | CWALT 2006-32CB | US02147XAG25 | A7 | $ 20,000,000.00 | 12-Jun-12 |
| 26 | | CWALT 2006-OA1 | US126694A576 | 2A3 | $ 9,600,000.00 | 10-Nov-11 |
| 27 | | CWALT 2006-OA11 | US02147DAV38 | A5 | $ 2,438,160.00 | 16-Nov-11 |
| 28 | | CWALT 2006-OA12 | US23243AAE64 | A3 | $ 8,400,000.00 | 10-Feb-12 |
| 29 | | CWALT 2006-OA2 | US126694R919 | A2B | $ 5,099,280.00 | 16-Nov-11 |
| 30 | | CWALT 2006-OA2 | US126694S339 | A4 | $ 6,600,000.00 | 10-Nov-11 |
| 31 | | CWALT 2006-OA6 | US12668BE414 | 1A3 | $ 3,217,635.00 | 27-Jan-12 |
| 32 | | CWALT 2006-OA9 | US02146YAF34 | 2A3 | $ 5,074,800.00 | |
| 33 | | CWALT 2006-OC2 | US12668BRG04 | 2A3 | $ 3,600,000.00 | 7-Jul-11 |
| 34 | | CWALT 2006-OC4 | US021455AE00 | 2A3 | $ 3,600,000.00 | 7-Jul-11 |
| 35 | | CWALT 2007-AL1 | US02150NAB91 | A2 | $ 5,268,240.00 | 16-Nov-11 |
| 36 | | CWALT 2007-OA6 | US02150PAD06 | A3 | $ 30,061,250.00 | 4-Nov-11 |
| 37 | Eurohypo | CWHEL 2006-I | US12668FAB04 | 2A | $ 30,000,000.00 | |
| 38 | | CWHEL 2006-RES | US23242YAB11 | 4D1B | $ 4,800,000.00 | 3-Nov-11 |
| 39 | | CWHEL 2007-B | US12669XAE40 | A | $ 34,500,000.00 | 16-Nov-11 |
| 40 | | CWHEL 2007-E | US12670TAA88 | A | $ 100,000,000.00 | 3-Nov-11 |
| 41 | | CWHL 2004-29 | US12669GJC69 | 2A2 | $ 14,400,000.00 | 21-Nov-11 |
| 42 | | CWHL 2005-HYB9 | US126670LD87 | 3A2B | $ 7,200,000.00 | 7-Jul-11 |
| 43 | | CWL 2004-BC4 | US126673LG57 | B | $ 3,000,000.00 | 3-Feb-12 |
| 44 | | CWL 2004-BC4 | US126673LE00 | M7 | $ 9,500,000.00 | 21-Nov-11 |
| 45 | Eurohypo | CWL 2005-10 | US126670BA58 | MV6 | $ 6,250,000.00 | 10-Feb-12 |
| 46 | Eurohypo | CWL 2005-10 | US126670BB32 | MV7 | $ 8,500,000.00 | 27-Jan-12 |
| 47 | | CWL 2005-14 | US126670LN69 | 3A3 | $ 12,402,960.00 | 3-Nov-11 |

**Exhibit B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | Eurohypo | CWL 2005-8 | US1266735X64 | M4 | $ | 12,889,000.00 | 3-Nov-11 |
| 49 | Eurohypo | CWL 2005-8 | US1266735Z13 | M6 | $ | 11,193,000.00 | 27-Jan-12 |
| 50 | | CWL 2005-AB2 | US126673S861 | 2A3 | $ | 10,163,040.00 | 3-Nov-11 |
| 51 | | CWL 2005-AB3 | US126670BQ01 | 2A3 | $ | 3,979,200.00 | 7-Jul-11 |
| 52 | Eurohypo | CWL 2005-AB3 | US126670BW78 | M6 | $ | 5,850,000.00 | |
| 53 | Eurohypo | CWL 2005-AB3 | US126670BX51 | M7 | $ | 2,275,000.00 | |
| 54 | | CWL 2005-BC5 | US126670NN42 | B | $ | 2,375,000.00 | 10-Feb-12 |
| 55 | | CWL 2005-IM2 | US126670FR48 | A3M | $ | 5,454,000.00 | 7-Jul-11 |
| 56 | Eurohypo | CWL 2006-1 | US126670UB21 | MV6 | $ | 5,907,000.00 | |
| 57 | | CWL 2006-10 | US12666PBE34 | 3AV4 | $ | 5,887,920.00 | 21-Nov-11 |
| 58 | | CWL 2006-11 | US12666TAK25 | 3AV3 | $ | 5,280,000.00 | 21-Nov-11 |
| 59 | Barrington 2 | CWL 2006-11 | US12666TAM80 | MV2 | $ | 12,000,000.00 | |
| 60 | | CWL 2006-12 | US12667AAD81 | 2A3 | $ | 4,905,120.00 | 21-Nov-11 |
| 61 | Barrington 2 | CWL 2006-12 | US12667AAF30 | M2 | $ | 13,000,000.00 | |
| 62 | | CWL 2006-13 | US23242EAL39 | MV1 | $ | 8,000,000.00 | 12-Feb-15 |
| 63 | Palmer Square 3 | CWL 2006-14 | US23243LAF94 | M2 | $ | 12,000,000.00 | 16-Nov-11 |
| 64 | Barrington 2 | CWL 2006-14 | US23243LAF94 | M2 | $ | 6,000,000.00 | |
| 65 | Barrington 2 | CWL 2006-15 | US12666UAH68 | M1 | $ | 8,000,000.00 | |
| 66 | Barrington 2 | CWL 2006-16 | US23242FAE60 | M1 | $ | 9,000,000.00 | |
| 67 | Palmer Square 3 | CWL 2006-17 | US12666VAF85 | M2 | $ | 6,000,000.00 | 10-Feb-12 |
| 68 | Barrington 2 | CWL 2006-17 | US12666VAF85 | M2 | $ | 3,250,000.00 | |
| 69 | Palmer Square 3 | CWL 2006-18 | US23243WAF59 | M2 | $ | 11,950,000.00 | 10-Nov-11 |
| 70 | Palmer Square 3 | CWL 2006-18 | US23243WAJ71 | M5 | $ | 8,400,000.00 | 3-Feb-12 |
| 71 | Palmer Square 3 | CWL 2006-19 | US12667CAE21 | M1 | $ | 5,000,000.00 | 10-Feb-12 |
| 72 | Palmer Square 3 | CWL 2006-19 | US12667CAF95 | M2 | $ | 6,000,000.00 | 10-Feb-12 |
| 73 | Barrington 2 | CWL 2006-22 | US12666BAL99 | M6 | $ | 3,000,000.00 | |
| 74 | Barrington 2 | CWL 2006-25 | US12667TAL98 | M6 | $ | 2,000,000.00 | |
| 75 | Palmer Square 3 | CWL 2006-26 | US12668HAK68 | M5 | $ | 3,000,000.00 | 10-Nov-11 |
| 76 | | CWL 2006-3 | US126670VZ89 | 2A3 | $ | 7,440,000.00 | 21-Nov-11 |
| 77 | | CWL 2006-3 | US126670WB03 | 3A2 | $ | 1,613,280.00 | 21-Nov-11 |

**Exhibit B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78 | | CWL 2006-5 | US126670YH54 | 2A3 | $ | 12,387,600.00 | 3-Nov-11 |
| 79 | Eurohypo | CWL 2006-7 | US232422AJ40 | M4 | $ | 4,000,000.00 | 10-Feb-12 |
| 80 | Eurohypo | CWL 2006-7 | US232422AL95 | M6 | $ | 5,000,000.00 | |
| 81 | Eurohypo | CWL 2006-7 | US232422AM78 | M7 | $ | 4,000,000.00 | |
| 82 | Barrington 2 | CWL 2006-ABC1 | US23242NAD12 | M1 | $ | 4,500,000.00 | |
| 83 | Barrington 2 | CWL 2006-BC4 | US12667NAF50 | M2 | $ | 8,000,000.00 | |
| 84 | | CWL 2006-S10 | US12668YAC75 | A3 | $ | 7,200,000.00 | 3-Feb-12 |
| 85 | Palmer Square 3 | CWL 2007-1 | US23245CAK62 | M5 | $ | 5,000,000.00 | 10-Feb-12 |
| 86 | Palmer Square 3 | CWL 2007-2 | US12668NAK37 | M5 | $ | 4,000,000.00 | 3-Feb-12 |
| 87 | Barrington 2 | CXHE 2005-C | US152314NW64 | M3 | $ | 1,580,000.00 | |
| 88 | | FHAMS 2006-AA1 | US32051GV511 | 2A2 | $ | 5,561,040.00 | |
| 89 | | HELT 2007-FRE1 | US43710XAE85 | 2AV4 | $ | 4,536,000.00 | 21-Nov-11 |
| 90 | Barrington 2 | NHEL 2005-3 | US66987XGY58 | M2 | $ | 2,000,000.00 | 19-Jul-12 |
| 91 | Barrington 2 | NHEL 2005-3 | US66987XGZ24 | M3 | $ | 3,000,000.00 | |
| 92 | | NHEL 2005-3 | US66987XHE85 | M8 | $ | 3,000,000.00 | |
| 93 | Barrington 2 | NHEL 2006-3 | US66988WAF32 | M1 | $ | 11,000,000.00 | |
| 94 | | NSTR 2006-B | US63860FAD50 | AV4 | $ | 6,000,000.00 | 16-Nov-11 |
| 95 | Palmer Square 3 | NSTR 2007-A | US63860HAJ86 | M5 | $ | 3,000,000.00 | 10-Feb-12 |
| 96 | | POPLR 2006-C | US73316MAD92 | A4 | $ | 24,211,000.00 | 3-Nov-11 |
| 97 | | SAMI 2005-AR4 | US86359LMC09 | A4 | $ | 10,295,000.00 | 16-Nov-11 |
| 98 | | SAMI 2005-AR6 | US86359LMX46 | 1A2 | $ | 34,793,000.00 | 21-Nov-11 |
| 99 | | SAMI 2005-AR6 | US86359LND72 | 2A3 | $ | 3,806,880.00 | 10-Feb-12 |
| 100 | | SAMI 2006-AR3 | US86360KAG31 | 12A3 | $ | 35,000,000.00 | 3-Nov-11 |