**Exhibit D**

| | Deal Name | ISIN Code | Tranche | Moody's Original | Moody's Current | Fitch Original | Fitch Current | S&P Original | S&P Current |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BSABS 2006-4 | US07389LAB53 | A2 | Aaa | Ba3 | N/A | N/A | AAA | CCC |
| 2 | BSABS 2006-4 | US07389LAC37 | A3 | Aaa | B2 | N/A | N/A | AAA | CCC |
| 3 | CFLX 2007-M1 | US16165YAD40 | 1A4 | Aaa | WR | N/A | N/A | AAA | NR |
| 4 | CFLX 2007-M1 | US16165YAS19 | 2AV3 | Aaa | Ca | N/A | N/A | AAA | D |
| 5 | CWALT 2005-24 | US12667GPD96 | 4A3 | Aaa | C | N/A | N/A | AAA | D |
| 6 | CWALT 2005-27 | US12667GM756 | 1A9 | Aaa | C | N/A | N/A | AAA | D |
| 7 | CWALT 2005-38 | US12667GZ634 | A6 | Aaa | C | N/A | N/A | AAA | NR |
| 8 | CWALT 2005-41 | US12667G3K78 | 2A3 | Aaa | C | N/A | N/A | AAA | D |
| 9 | CWALT 2005-44 | US12667G3N18 | 1A2B | Aaa | C | N/A | N/A | AAA | D |
| 10 | CWALT 2005-44 | US12667G3R22 | 1A3C | Aaa | C | N/A | N/A | AAA | NR |
| 11 | CWALT 2005-44 | US12667G3U50 | 2A2B | Aaa | C | N/A | N/A | AAA | D |
| 12 | CWALT 2005-44 | US12667G3X99 | 2A3C | Aaa | C | N/A | N/A | AAA | NR |
| 13 | CWALT 2005-51 | US12668ACJ25 | 1A2B | Aaa | C | N/A | N/A | AAA | D |
| 14 | CWALT 2005-51 | US12668ACR41 | 2A2B | Aaa | C | N/A | N/A | AAA | D |
| 15 | CWALT 2005-51 | US12668AQJ78 | 4A2 | Aaa | C | N/A | N/A | AAA | D |
| 16 | CWALT 2005-56 | US12668ALX18 | 5A4 | Aaa | C | N/A | N/A | AAA | NR |
| 17 | CWALT 2005-59 | US12668AEW18 | 1A2A | Aaa | C | N/A | N/A | AAA | D |
| 18 | CWALT 2005-59 | US12668ARJ69 | 1A3B | Aaa | C | N/A | N/A | D | NR |
| 19 | CWALT 2005-59 | US12668AEZ49 | M | Aa2 | WR | N/A | N/A | AA | NR |
| 20 | CWALT 2005-69 | US12668AN680 | M1 | Aa1 | C | N/A | N/A | AA+ | NR |
| 21 | CWALT 2005-82 | US12668A5X98 | A1 | Aaa | Caa3 | N/A | N/A | AAA | CCC |
| 22 | CWALT 2005-82 | US12668A5Y71 | A2 | Aaa | C | N/A | N/A | AAA | D |
| 23 | CWALT 2005-AR1 | US12668A4S13 | 2A3A | Aaa | Ca | N/A | N/A | AAA | NR |
| 24 | CWALT 2005-IM1 | US12668A4C60 | A2 | Aaa | C | N/A | N/A | AAA | D |
| 25 | CWALT 2006-32CB | US02147XAG25 | A7 | Aaa | Caa3 | AAA | D | AAA | NR |
| 26 | CWALT 2006-OA1 | US126694A576 | 2A3 | Aaa | C | N/A | N/A | AAA | D |
| 27 | CWALT 2006-OA11 | US02147DAV38 | A5 | Aaa | C | N/A | N/A | AAA | NR |
| 28 | CWALT 2006-OA12 | US23243AAE64 | A3 | Aaa | WR | N/A | N/A | AAA | NR |
| 29 | CWALT 2006-OA2 | US126694R919 | A2B | Aaa | C | N/A | N/A | AAA | NR |
| 30 | CWALT 2006-OA2 | US126694S339 | A4 | Aaa | C | N/A | N/A | AAA | NR |
| 31 | CWALT 2006-OA6 | US12668BE414 | 1A3 | Aaa | C | N/A | N/A | AAA | D |
| 32 | CWALT 2006-OA9 | US02146YAF34 | 2A3 | Aaa | C | N/A | N/A | AAA | NR |
| 33 | CWALT 2006-OC2 | US12668BRG04 | 2A3 | Aaa | C | N/A | N/A | AAA | NR |
| 34 | CWALT 2006-OC4 | US021455AE00 | 2A3 | Aaa | C | N/A | N/A | AAA | NR |
| 35 | CWALT 2007-AL1 | US02150NAB91 | A2 | Aaa | C | AAA | WD | N/A | N/A |
| 36 | CWALT 2007-OA6 | US02150PAD06 | A3 | Aaa | C | N/A | N/A | AAA | NR |

**Exhibit D**

| | Deal Name | ISIN Code | Tranche | Moody's Original | Moody's Current | Fitch Original | Fitch Current | S&P Original | S&P Current |
|---|---|---|---|---|---|---|---|---|---|
| 37 | CWHEL 2006-I | US12668FAB04 | 2A | Aaa | A2 | N/A | N/A | AAA | AA |
| 38 | CWHEL 2006-RES | US23242YAB11 | 4D1B | Aaa | Caa2 | N/A | N/A | AAA | CCC |
| 39 | CWHEL 2007-B | US12669XAE40 | A | Aaa | A2 | N/A | N/A | AAA | AA |
| 40 | CWHEL 2007-E | US12670TAA88 | A | Aaa | B2 | N/A | N/A | AAA | B |
| 41 | CWHL 2004-29 | US12669GJC69 | 2A2 | Aaa | Ca | N/A | N/A | AAA | D |
| 42 | CWHL 2005-HYB9 | US126670LD87 | 3A2B | Aaa | C | N/A | N/A | AAA | D |
| 43 | CWL 2004-BC4 | US126673LG57 | B | N/A | N/A | BBB- | WD | BBB | D |
| 44 | CWL 2004-BC4 | US126673LE00 | M7 | N/A | N/A | BBB+ | D | BBB+ | D |
| 45 | CWL 2005-10 | US126670BA58 | MV6 | A3 | C | N/A | N/A | A- | D |
| 46 | CWL 2005-10 | US126670BB32 | MV7 | Baa1 | WR | N/A | N/A | BBB+ | NR |
| 47 | CWL 2005-14 | US126670LN69 | 3A3 | Aaa | Baa2 | N/A | N/A | AAA | A |
| 48 | CWL 2005-8 | US1266735X64 | M4 | A1 | Caa1 | N/A | N/A | A+ | CCC |
| 49 | CWL 2005-8 | US1266735Z13 | M6 | A3 | C | N/A | N/A | A- | D |
| 50 | CWL 2005-AB2 | US126673S861 | 2A3 | Aaa | B1 | N/A | N/A | AAA | CCC |
| 51 | CWL 2005-AB3 | US126670BQ01 | 2A3 | Aaa | Ca | N/A | N/A | AAA | CCC |
| 52 | CWL 2005-AB3 | US126670BW78 | M6 | A3 | WR | N/A | N/A | A+ | NR |
| 53 | CWL 2005-AB3 | US126670BX51 | M7 | Baa1 | WR | N/A | N/A | A | NR |
| 54 | CWL 2005-BC5 | US126670NN42 | B | Baa3 | WR | N/A | N/A | BBB | NR |
| 55 | CWL 2005-IM2 | US126670FR48 | A3M | Aaa | Caa3 | N/A | N/A | AAA | CC |
| 56 | CWL 2006-1 | US126670UB21 | MV6 | A3 | WR | N/A | N/A | A | NR |
| 57 | CWL 2006-10 | US12666PBE34 | 3AV4 | Aaa | C | N/A | N/A | AAA | D |
| 58 | CWL 2006-11 | US12666TAK25 | 3AV3 | Aaa | C | N/A | N/A | AAA | CCC |
| 59 | CWL 2006-11 | US12666TAM80 | MV2 | Aa2 | C | N/A | N/A | AA | NR |
| 60 | CWL 2006-12 | US12667AAD81 | 2A3 | Aaa | C | N/A | N/A | AAA | CCC |
| 61 | CWL 2006-12 | US12667AAF30 | M2 | Aa2 | WR | N/A | N/A | AA | NR |
| 62 | CWL 2006-13 | US23242EAL39 | MV1 | Aa1 | C | N/A | N/A | AA+ | CC |
| 63 | CWL 2006-14 | US23243LAF94 | M2 | Aa2 | C | N/A | N/A | AA | NR |
| 64 | CWL 2006-14 | US23243LAF94 | M2 | Aa2 | C | N/A | N/A | AA | NR |
| 65 | CWL 2006-15 | US12666UAH68 | M1 | Aa1 | C | NR | NR | AA+ | NR |
| 66 | CWL 2006-16 | US23242FAE60 | M1 | Aa1 | C | N/A | N/A | AA+ | D |
| 67 | CWL 2006-17 | US12666VAF85 | M2 | Aa2 | C | N/A | N/A | AA | NR |
| 68 | CWL 2006-17 | US12666VAF85 | M2 | Aa2 | C | N/A | N/A | AA | NR |
| 69 | CWL 2006-18 | US23243WAF59 | M2 | Aa2 | C | N/A | N/A | AA | NR |
| 70 | CWL 2006-18 | US23243WAJ71 | M5 | A2 | WR | N/A | N/A | A | NR |
| 71 | CWL 2006-19 | US12667CAE21 | M1 | Aa1 | C | N/A | N/A | AA+ | D |
| 72 | CWL 2006-19 | US12667CAF95 | M2 | Aa2 | C | N/A | N/A | AA | NR |

**Exhibit D**

| | Deal Name | ISIN Code | Tranche | Moody's Original | Moody's Current | Fitch Original | Fitch Current | S&P Original | S&P Current |
|---|---|---|---|---|---|---|---|---|---|
| 73 | CWL 2006-22 | US12666BAL99 | M6 | A3 | WR | N/A | N/A | A | NR |
| 74 | CWL 2006-25 | US12667TAL98 | M6 | A3 | WR | N/A | N/A | A- | NR |
| 75 | CWL 2006-26 | US12668HAK68 | M5 | A2 | WR | N/A | N/A | A | NR |
| 76 | CWL 2006-3 | US126670VZ89 | 2A3 | Aaa | Caa3 | N/A | N/A | AAA | CCC |
| 77 | CWL 2006-3 | US126670WB03 | 3A2 | Aaa | Caa1 | N/A | N/A | AAA | B- |
| 78 | CWL 2006-5 | US126670YH54 | 2A3 | Aaa | Ca | N/A | N/A | AAA | CCC |
| 79 | CWL 2006-7 | US232422AJ40 | M4 | A1 | WR | N/A | N/A | AA- | NR |
| 80 | CWL 2006-7 | US232422AL95 | M6 | A3 | WR | N/A | N/A | A | NR |
| 81 | CWL 2006-7 | US232422AM78 | M7 | Baa1 | WR | N/A | N/A | BBB+ | NR |
| 82 | CWL 2006-ABC1 | US23242NAD12 | M1 | Aa1 | WR | N/A | N/A | AA+ | NR |
| 83 | CWL 2006-BC4 | US12667NAF50 | M2 | Aa2 | C | N/A | N/A | AA | NR |
| 84 | CWL 2006-S10 | US12668YAC75 | A3 | Aaa | B2 | N/A | N/A | AAA | B |
| 85 | CWL 2007-1 | US23245CAK62 | M5 | A2 | WR | N/A | N/A | A | NR |
| 86 | CWL 2007-2 | US12668NAK37 | M5 | A2 | WR | N/A | N/A | CC | NR |
| 87 | CXHE 2005-C | US152314NW64 | M3 | Aa3 | Caa1 | AA- | CCC | AA- | B- |
| 88 | FHAMS 2006-AA1 | US32051GV511 | 2A2 | Aaa | WR | AAA | WD | N/A | N/A |
| 89 | HELT 2007-FRE1 | US43710XAE85 | 2AV4 | Aaa | Ca | N/A | N/A | AAA | CCC |
| 90 | NHEL 2005-3 | US66987XGY58 | M2 | Aa2 | Ba1 | AA+ | BB | AA+ | B- |
| 91 | NHEL 2005-3 | US66987XGZ24 | M3 | Aa3 | Caa3 | AA | CC | AA | CCC |
| 92 | NHEL 2005-3 | US66987XHE85 | M8 | Baa2 | WR | A | WD | A+ | NR |
| 93 | NHEL 2006-3 | US66988WAF32 | M1 | Aa2 | C | AA+ | WD | AA+ | NR |
| 94 | NSTR 2006-B | US63860FAD50 | AV4 | Aaa | Ba1 | N/A | N/A | AAA | BBB |
| 95 | NSTR 2007-A | US63860HAJ86 | M5 | A2 | WR | N/A | N/A | A | NR |
| 96 | POPLR 2006-C | US73316MAD92 | A4 | Aaa | A3 | N/A | N/A | AAA | A |
| 97 | SAMI 2005-AR4 | US86359LMC09 | A4 | Aaa | C | N/A | N/A | AAA | D |
| 98 | SAMI 2005-AR6 | US86359LMX46 | 1A2 | Aaa | Ca | N/A | N/A | AAA | CCC |
| 99 | SAMI 2005-AR6 | US86359LND72 | 2A3 | Aaa | C | N/A | N/A | AAA | D |
| 100 | SAMI 2006-AR3 | US86360KAG31 | 12A3 | Aaa | C | N/A | N/A | AAA | D |