UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMERZBANK AG,

    Plaintiff,

-against-

THE BANK OF NEW YORK MELLON, et ano.,

    Defendants.

15-CV-10029 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendants' challenge to certain of plaintiff's privilege designations (Dkt. No. 167) is resolved as follows:

The documents logged at Entries 13, 14, 22, 345, and 743 were properly withheld or redacted. The email logged at Entry 285[1] should be produced in redacted form rather than withheld entirely. The cover email from "Matt" to "Vijay" is not privileged. However, plaintiff may redact, as privileged, all text below the dotted line on page 1, *except* for the heading "Recommendation," on page two, and the first bullet point under that heading.

Dated: New York, New York
      December 20, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] Defendants initially listed the challenged entry as No. 284, which is a Microsoft Outlook receipt. Counsel later agreed that the entry defendants intended to challenge was No. 285, which is an email chain among Commerzbank personnel concerning the retention of the law firm Gibbs & Bruns. *See* Dkt. No. 174, at 3 n.8.