**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

COMMERZBANK AG,

        Plaintiff,

  -against-

BANK OF NEW YORK MELLON; THE BANK OF
NEW YORK MELLON TRUST COMPANY, N.A.,

        Defendants.

------------------------------------- x

ORDER

15 Civ. 10029 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

In light of the above-captioned action being placed on the suspense docket, the Clerk of Court is hereby directed to close Plaintiff's Motion for Summary Judgment, (ECF No. 268), and Defendants' Motion for Summary Judgment, (ECF No. 272). These motions may be reopened once the above-captioned action is restored to the main docket.

Dated: New York, New York
   March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge