UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMERZBANK AG,

                Plaintiff,

-against-                                         ORDER

BANK OF NEW YORK MELLON; THE BANK     15 Civ. 10029 (GBD) (BCM)
OF NEW YORK MELLON TRUST COMPANY,
N.A.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

The above-captioned inactive case is hereby stayed and placed on the suspense docket.

Dated: September 30, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE