UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
COMMERZBANK AG,
                Plaintiff,

    -against-

THE BANK OF NEW YORK MELLON, et al.,

                Defendants.

------------------------------------- x

ORDER

15 Civ. 10029 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Parties in the above-captioned case are directed to appear before this Court on December 15, 2022 at 9:45 a.m. for oral argument on the motions for summary judgment.

    No later than December 8, 2022, each party may file supplemental briefing, in accordance with Local Civil Rule 11.1, of no more than five pages to present case-law developments since original summary judgment filings.

Dated: New York, New York
         NOV 0 9 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge