UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
COMMERZBANK AG,

            Plaintiff,

    -against-

THE BANK OF NEW YORK MELLON, et al.,

           Defendants.

------------------------------------- x

ORDER

15 Civ. 10029 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The December 15, 2022 oral argument on the motions for summary judgment is adjourned until March 7, 2023 at 10:00 a.m.

Dated: November 21, 2022
       New York, New York

                     SO ORDERED.

                     *George B. Daniels*
                     GEORGE B. DANIELS
                     UNITED STATES DISTRICT JUDGE